## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In the Matter of ) | |
| ) | Civil Action No. |
| Cherron M. Phillips ) | 11 C 0776 |
| (aka: River Tali El Bey) ) | |
| ) | |

### EXECUTIVE COMMITTEE ORDER

On several occasions, Cherron M. Phillips, who is not a lawyer licensed to practice in this Court or any court, has spoken openly during court proceedings in the E.M. Dirksen U.S. Courthouse and has caused disturbances during court proceedings. Additionally, Cherron M. Phillips has filed numerous documents in case number 06 CR 778, *USA v. Devon Phillips*, to which she is not a party and which is pending in the Northern District of Illinois in the E.M. Dirksen U.S. Courthouse in Chicago, Illinois

Cherron M. Phillips has attempted to approach the podium during a set status hearing in 06 CR 778. Ms. Phillips was told at that time she could not approach the podium at which time she caused a disturbance that resulted in her being told to leave the courtroom. Cherron M. Phillips has continually shown a pattern of behavior to delay and disrupt the administration of justice.

Based upon Cherron M. Phillips's conduct in the E.M. Dirksen U.S. Courthouse:

**IT IS HEREBY ORDERED** that Cherron M. Phillips will be permitted to enter the E.M. Dirksen United States Courthouse in Chicago, Illinois, or any other U.S. Courthouse in the Northern District of Illinois, only when she is required by a judge of this court or another United States Court to be physically present in the Courthouse for proceedings scheduled by a Court, and then she may enter the Courthouse no earlier than fifteen (15) minutes before the scheduled time of the proceedings. Upon entering the Courthouse, she first must report to the officer at the lobby desk by identifying herself. She shall then identify the Court proceeding she is required to attend naming the judge presiding at the proceeding before she will be allowed through the security check point in the Courthouse lobby. She is to be accompanied in the Courthouse to and from the proceedings by a Deputy United States Marshal or another representative of the United States Marshal, and Ms. Phillips must leave the Courthouse no later than five (5) minutes after her scheduled proceedings in Court are completed.

**IT IS FURTHER ORDERED** that Ms. Phillips may not enter the E.M. Dirksen U.S. Courthouse other than as stated above until further order of this Executive Committee or another Court conducting proceedings in this Courthouse.

**IT IS FURTHER ORDERED BY THE EXECUTIVE COMMITTEE** in its capacity as the supervisor of the assignment of cases that:

1) Cherron M. Phillips, or anyone acting on her behalf, is enjoined from filing documents in 06 CR 778, *USA v. Phillips,* or any other case in which she is not a party and is enjoined from filing any new civil action or proceeding in the United States District Court for the Northern District of Illinois, without first obtaining leave by way of the following procedures:

   a) Any materials Ms. Phillips, or anyone acting on her behalf, wishes to submit for filing shall be delivered to Room 2050, Office of the Clerk at the Courthouse in Chicago. Only the Clerk or deputies specifically designated by the Clerk may accept such documents.

   b) Where the document submitted is a complaint, it shall be accompanied by a motion captioned "Motion Seeking Leave to File Pursuant to Order of Executive Committee." That motion shall, in addition to requesting leave to file the complaint, include a sworn statement certifying that the claims raised by or on behalf of Ms. Phillips in the complaint are new claims never before raised in any federal court.

   c) Whenever Ms. Phillips submits a document for filing, the Clerk or designated deputy shall accept the papers, stamp them received, docket them, and forward them to the Executive Committee.

2) The Executive Committee will examine any complaints submitted by or on behalf of Ms. Phillips to determine whether they should be filed.

3) If Ms. Phillips seeks leave to proceed *in forma pauperis*, the Committee will also determine if such leave should be granted. The Committee will deny leave to file any complaints if they are legally frivolous or are merely duplicative of matters already litigated. The Committee may deny leave to file any complaints not filed in conformity with this order.

4) If the Executive Committee enters an order denying leave to file the materials, the Clerk shall retain the order in a miscellaneous file with the title "In the matter of Cherron M. Phillips" and cause a copy of the order to be mailed to Ms. Phillips. The documents submitted shall be returned.

5) If the Executive Committee enters an order granting leave to file the materials, the Clerk will cause the materials to be stamped filed as of the date received and shall cause the case to be assigned to a judge in accordance with the rules. The Clerk shall also cause a copy of the order to be mailed to Ms. Phillips.

6)   Ms. Phillips's failure to comply with this order may, within the discretion of the Executive Committee, result in her being held in contempt of court and punished accordingly.

7)   Nothing in this order shall be construed

   a)   to affect Ms. Phillips's ability to defend herself in any criminal action,

   b)   to deny Ms. Phillips access to the federal courts through the filing of a petition for a writ of habeas corpus or other extraordinary writ, or

   c)   to deny Ms. Phillips access to the United States Court of Appeals or the United States Supreme Court.

**IT IS FURTHER ORDERED** that Cherron M. Phillips is authorized to submit to this court, no earlier than six months from the date of this order, a motion to modify or rescind this order, and

**IT IS FURTHER ORDERED** that the Clerk shall cause to be created and maintained a miscellaneous file with the title "In the matter of Cherron M. Phillips" and case number 11 C 0776. The miscellaneous file shall serve as the repository of this order and any order or minute order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures. A brief entry will be made on the docket indicating the receipt of any materials from Ms. Phillips.

ENTER:
FOR THE EXECUTIVE COMMITTEE

*James F. Holderman*
Chief Judge

Dated at Chicago, Illinois this 4th day of February, 2011.